UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ASHLEY TILKA,**

    Plaintiff,

v.                               CASE NO.: 8:18-cv-02364-CEH-SPF

**NAVIENT SOLUTIONS, LLC.,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **ASHLEY TILKA**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant, **NAVIENT SOLUTIONS, LLC,** have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

Respectfully submitted on this **7 day** of **August, 2019,**

        */s/ Kaelyn Steinkraus*
        Kaelyn Steinkraus, Esq.
        Florida Bar No. 125132
        kaelyn@zieglerlawoffice.com

        Michael A. Ziegler, Esq.
        Florida Bar No. 74864
        mike@zieglerlawoffice.com

        **Law Office of Michael A. Ziegler, P.L.**
        2561 Nursery Road, Ste. A
        Clearwater, FL 33764
        (p)  (727) 538-4188
        (f)  (727) 362-4778
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this **07** day of **August, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Kaelyn Steinkraus*
                                        Kaelyn Steinkraus, Esq.
                                        Florida Bar No. 125132