**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ASHLEY TILKA,**

    **Plaintiff,**              **CASE NO.:   8:18-cv-02364-CEH-SPF**

**v.**

**NAVIENT SOLUTIONS, LLC,**

    **Defendant.**
_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, **ASHLEY TILKA** ("Plaintiff"), and Defendant, **NAVIENT SOLUTIONS, LLC** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **August 22, 2019**,

*/s/*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132
Michael A. Ziegler, Esq.
Florida Bar No. 74864
**LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.**
13575 58th Street North, Suite 129
Clearwater, FL 33760
(P) 727-538-4188
(F) 727-362-4778
Kaelyn@zeigerlawoffice.com
mike@ziegerlerlawoffice.com
*Counsel for Plaintiff*

*/s/*
Aliza Pescovitz Malouf
Florida Bar No. 1010546
Hunton Andrews Kurth LLP
1445 Ross Ave Ste 3700
Dallas, TX 75202
214-979-8229
Fax: 214-880-0011
Email: amalouf@huntonak.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this **22nd** day of **August, 2019**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132