UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY TILKA,

    Plaintiff,

v.                                                                          Case No: 8:18-cv-2364-T-36SPF

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

# ORDER

Before the Court is the Stipulated Notice of Voluntary Dismissal with Prejudice (Doc. 25). In accord with the Stipulated Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulated Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 25).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 22, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record